THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* MORRIS LEBERMAN, Appellant.

(Argued October 16, 1929; decided November 19, 1929.)

*Isidore L. Weishar* and *George H. Kerner* for appellant.
*Charles J. Dodd, District Attorney* (*Henry J. Walsh* of counsel), for respondent.

Appeal dismissed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.